# United States Bankruptcy Court
## District of Minnesota

In re **Patriot Insurance Group, LLC**  
Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Patriot Insurance Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**None**

☑ None [*Check if applicable*]

**July 28, 2024**  
Date

**Thomas F. Miller 73477**  
Signature of Attorney or Litigant  
Counsel for **Patriot Insurance Group, LLC**  
**Thomas F. Miller, P.A.**  
**1000 Superior Blvd. #303**  
**Wayzata, MN 55391**  
**952-404-3896 Fax:952-404-3893**  
**thomas@millerlaw.com**