# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| In re: | Chapter 7 |
|---|---|
| Patriot Insurance Group, LLC, | Case No.: 24-41954 |
| Debtor. | |

## ORDER SUA SPONTE GRANTING RELIEF FROM STAY

This case came before the court on the motion of Acen Turner [Doc 11] seeking to dismiss the case pursuant to 11 U.S.C. § 707(a) and Fed. R. Bankr. P. 1017.

Based on the record, and for the reasons stated during the hearing,

**IT IS ORDERED:**

1. The bankruptcy case will be put into a suspended status until further action of the court.

2. Pursuant to 11 U.S.C. § 105, the court terminates the automatic stay imposed by 11 U.S.C. §§ 362(a) with respect to Acen Turner to allow any state court action between the Debtor and Acen Turner to proceed, including any appeals.

DATED: *February 6, 2025*　　　　　　　　　　　　/e/ Katherine A. Constantine
　　　　　　　　　　　　　　　　　　　　　　　　Katherine A. Constantine
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge