UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

| | |
|---|---|
| Patriot Insurance Group, LLC | Case No.: 24-41954-KAC |
| Debtor | Chapter 7 Case |

---

**NOTICE OF HEARING AND MOTION FOR VOLUNTARY DISMISSAL BY DEBTOR**

TO: The debtor(s) and other entities specified in the applicable Federal Rules of Bankruptcy Procedure and Local Rule 9013-2.

1. Debtor, Patriot Insurance Group, LLC ("Movant") moves the court for the relief requested below and gives notice of hearing.

2. The court will hold a hearing on this motion at **10:30 a.m. on Wednesday, February 25, 2026,** in Courtroom No. 8 West, at the United States Courthouse, at 300 South Fourth Street, in Minneapolis, Minnesota.

3. Any response to this motion must be filed and served not later than Thursday, February 18, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this chapter 7 case was filed on July 28, 2024. The case is now pending in this court. However, the case has been in a suspended status since February 6, 2025.

5. This motion arises under 11 U.S.C. § 707(a) and Fed. R. Bankr. P. 1017. This motion is filed under Fed. R. Bankr. P. 9013 and Local Rules 9013-1 and 9013-2. Movant requests voluntary dismissal of its Chapter 7 case for cause.

6. The Court placed this case on a suspended status in its *Order Sua Sponte Granting Relief from Stay* dated February 6, 2025.

7. The claims of creditors, all of where were general unsecured creditors, have been resolved in the state court action referenced in the *Order Sua Sponte Granting Relief from Stay.*

8. The Debtor's original attorney, who represented the Debtor when it filed this case, is deceased.

9. Dismissal of this case is in the best interest of the Debtor and the creditors, to permit the resolution of the claims in the state court action to be finalized.

10. Dismissal of this case will not prejudice any creditor, will not result in the reordering of priorities, and will not result in any delay in resolving the creditors' claims.

11. All creditors have consented to dismissal. The written consents are filed with this motion.

Wherefore, the Debtor moves the court for an order dismissing the case for cause pursuant to Section 707(a) and such other relief as may be just and equitable.

Date: January 29, 2026.

By: **/e/ Bradley Kirscher**

Attorney for the Debtor
Bradley Kirscher (MN Bar No. 0318528)
KIRSCHER LAW FIRM, PA
P.O. Box 130637
Roseville, MN 55113
T: (651) 209-8440
F: (866) 880-6386
E: brad@kirscherlawfirm.com